UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LINDA A. ROWE
_____
Plaintiff

v.

Seterus, Inc., Mark P. Harmon,
and Federal National Mortgage Assoc.
_____
Defendant

CIVIL ACTION

NO. 1:16-CV-11849-FDS

## STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with/without prejudice, and with/without costs.

Dated this 18 day of December, 2017.

_Linda Rowe_
(pro-se) Linda Rowe
**Attorney for Plaintiff**

_____
**Attorney for Defendant**

FILED
IN CLERKS OFFICE
2017 DEC 21  AM 11: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

(Dismissal Stipulation.wpd - 2/2000)                                [stipdism.]

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CAROL B. ROWE
**Plaintiff**

CIVIL ACTION

NO. 1:16-CV-11849-FDS

V.

FEDERAL NATIONAL MORTGAGE ASSOC
SETERUS, INC
MARK P. HARMON **Defendant**

## STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with/without prejudice, and with/without costs.

Dated this 18 day of DEC. 2017.

*Carol B. Rowe*
CAROL B. ROWE, PROSE
**Attorney for Plaintiff**

_____
**Attorney for Defendant**

(Dismissal Stipulation.wpd - 2/2000)  [stipdism.]